# EXHIBIT A

# GEORGIA DEATH CERTIFICATE

State File Number: 2020GA000013700

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME | WILLIE ROSS JR |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH | ACTUAL DATE OF DEATH 02/09/2020 |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4a. AGE (Years) | 55 |
| 4b. UNDER 1 YEAR (Mos./Days) | |
| 4c. UNDER 1 DAY (Hours/Mins) | |
| 5. DATE OF BIRTH | 01/04/1965 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | BIBB |
| 7c. CITY, TOWN | MACON |
| 7d. STREET AND NUMBER | 2747 BARRETT AVENUE |
| 7e. ZIP CODE | 31206 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | CENTER COORDINATOR |
| 8b. KIND OF INDUSTRY OR BUSINESS | CHALK MINE INDUSTRY |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | FELECIA ROSS |
| 11. FATHER'S FULL NAME | WILLIE ROSS SR |
| 12. MOTHER'S MAIDEN NAME | ELLA MAE SMITH |
| 13a. INFORMANT'S NAME | FELECIA ROSS |
| 13b. RELATIONSHIP TO DECEDENT | WIFE |
| 13c. MAILING ADDRESS | 2747 BARRETT AVENUE MACON GEORGIA 31206 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | NAVICENT HEALTH AND MEDICAL |
| 19. CITY, TOWN or LOCATION OF DEATH | MACON |
| 20. COUNTY OF DEATH | BIBB |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | MACON MEMORIAL PARK 3969 MERCER UNIVERSITY DRIVE MACON GEORGIA 31204 |
| 23. DISPOSITION DATE | 02/15/2020 |
| 24a. EMBALMER'S NAME | FREDERICK W JONES |
| 24b. EMBALMER LICENSE NO. | 3516 |
| 25. FUNERAL HOME NAME | JONES BROTHERS MORTUARY |
| 25a. FUNERAL HOME ADDRESS | 3035 MILLERFIELD ROAD MACON GEORGIA 31217 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | FREDERICK W JONES |
| 26b. FUN. DIR. LICENSE NO | 3946 |
| 27. DATE PRONOUNCED DEAD | 02/09/2020 |
| 28. HOUR PRONOUNCED DEAD | 09:10 PM |
| 29a. PRONOUNCER'S NAME | STEPHEN R NOE |
| 29b. LICENSE NUMBER | 28844 |
| 29c. DATE SIGNED | 02/09/2020 |
| 30. TIME OF DEATH | 09:10 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events—diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE | PULMONARY EMBOLISM | UNKNOWN |
| B. Due to, or as a consequence of | | |
| C. Due to, or as a consequence of | | |
| D. Due to, or as a consequence of | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |
| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier | |
| 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner | /S/ RONNIE T MILEY DEPUTY CORONER |
| 45a. DATE SIGNED | |
| 45b. HOUR OF DEATH | |
| 46a. DATE SIGNED | 03/05/2020 |
| 46b. HOUR OF DEATH | 09:10 PM |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | RONNIE T MILEY 111 THIRD STREET MACON GEORGIA 31208 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR | 03/10/2020 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH