# EXHIBIT A

# GEORGIA DEATH CERTIFICATE

State File Number: 2020GA000013700

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME | WILLIE ROSS JR |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH | ACTUAL DATE OF DEATH 02/09/2020 |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4a. AGE (Years) | 55 |
| 5. DATE OF BIRTH | 01/04/1965 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | BIBB |
| 7c. CITY, TOWN | MACON |
| 7d. STREET AND NUMBER | 2747 BARRETT AVENUE |
| 7e. ZIP CODE | 31206 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | CENTER COORDINATOR |
| 8b. KIND OF INDUSTRY OR BUSINESS | CHALK MINE INDUSTRY |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | FELECIA ROSS |
| 11. FATHER'S FULL NAME | WILLIE ROSS SR |
| 12. MOTHER'S MAIDEN NAME | ELLA MAE SMITH |
| 13a. INFORMANT'S NAME | FELECIA ROSS |
| 13b. RELATIONSHIP TO DECEDENT | WIFE |
| 13c. MAILING ADDRESS | 2747 BARRETT AVENUE MACON GEORGIA 31206 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | NAVICENT HEALTH AND MEDICAL |
| 19. CITY, TOWN or LOCATION OF DEATH | MACON |
| 20. COUNTY OF DEATH | BIBB |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | MACON MEMORIAL PARK 3969 MERCER UNIVERSITY DRIVE MACON GEORGIA 31204 |
| 23. DISPOSITION DATE | 02/15/2020 |
| 24a. EMBALMER'S NAME | FREDERICK W JONES |
| 24b. EMBALMER LICENSE NO. | 3516 |
| 25. FUNERAL HOME NAME | JONES BROTHERS MORTUARY |
| 25a. FUNERAL HOME ADDRESS | 3035 MILLERFIELD ROAD MACON GEORGIA 31217 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | FREDERICK W JONES |
| 26b. FUN. DIR. LICENSE NO | 3946 |
| 27. DATE PRONOUNCED DEAD | 02/09/2020 |
| 28. HOUR PRONOUNCED DEAD | 09:10 PM |
| 29a. PRONOUNCER'S NAME | STEPHEN R NOE |
| 29b. LICENSE NUMBER | 28844 |
| 29c. DATE SIGNED | 02/09/2020 |
| 30. TIME OF DEATH | 09:10 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I.
- A. IMMEDIATE CAUSE: PULMONARY EMBOLISM — Approximate interval between onset and death: UNKNOWN
- B. Due to, or as a consequence of:
- C. Due to, or as a consequence of:
- D. Due to, or as a consequence of:

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |

46. /S/ RONNIE T MILEY DEPUTY CORONER
46a. DATE SIGNED: 03/05/2020
46b. HOUR OF DEATH: 09:10 PM

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: RONNIE T MILEY 111 THIRD STREET MACON GEORGIA 31208

48. REGISTRAR (Signature): /S/ CHRISTOPHER JP HARRISON
49. DATE FILED - REGISTRAR: 03/10/2020

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH